UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y

★ JAN 22 2013 ★ 

LONG ISLAND OFFICE

SHERRILEE O'NEY,

Plaintiff,

-against-

ENHANCED RECOVERY COMPANY, LLC,

Defendant.

NOTICE OF SETTLEMENT

Case No. 2:12-cv-06228-LDW-AKT

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SHERRILEE O'NEY ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter, including the Initial Conference scheduled on February 25, 2012 at 10:00 a.m.

DATED:  January 8, 2013                    RESPECTFULLY SUBMITTED,

                                           KROHN & MOSS, LTD.

                                    By: /s/ Adam T. Hill

                                           Adam T. Hill
                                           KROHN & MOSS, LTD.
                                           10 N. Dearborn St., 3rd Fl.
                                           Chicago, Illinois 60602
                                           Telephone: 312-578-9428
                                           Telefax: 866-802-0021
                                           ahill@consumerlawcenter.com
                                           Attorneys for Plaintiff

SO ORDERED

/s/ Leonard D. Wexler

Central Islip, NY
1/22/13

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was emailed and mailed to defendant at the below address.

    Ginny L. Rodriguez
    Enhanced Recovery Company, LLC
    8014 Bayberry Rd.
    Jacksonville, FL 32256
    grodriguez@erccollections.com

By: /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff