UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRILEE O'NEY, | |
| Plaintiff, | |
| -against- | NOTICE OF SETTLEMENT |
| ENHANCED RECOVERY COMPANY, LLC, | Case No. 2:12-cv-06228-LDW-AKT |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SHERRILEE O'NEY ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter, including the Initial Conference scheduled on February 25, 2012 at 10:00 a.m.

DATED:  January 8, 2013  　　　　　RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                            By: /s/ Adam T. Hill

                                Adam T. Hill
                                KROHN & MOSS, LTD.
                                10 N. Dearborn St., 3rd Fl.
                                Chicago, Illinois 60602
                                Telephone:  312-578-9428
                                Telefax:  866-802-0021
                                ahill@consumerlawcenter.com
                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was emailed and mailed to defendant at the below address.

      Ginny L. Rodriguez
      Enhanced Recovery Company, LLC
      8014 Bayberry Rd.
      Jacksonville, FL 32256
      grodriguez@erccollections.com

      By: /s/ Adam T. Hill
      Adam T. Hill
      KROHN & MOSS, LTD.
      10 N. Dearborn St., 3rd Fl.
      Chicago, Illinois 60602
      Telephone:  312-578-9428
      Telefax:  866-802-0021
      ahill@consumerlawcenter.com
      Attorneys for Plaintiff