UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRILEE O'NEY,<br><br>Plaintiff,<br><br>-against-<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | NOTICE OF SETTLEMENT<br><br>Case No. 2:12-cv-06228-LDW-AKT |

## NOTICE OF VOLUNTARY DISMISSAL

SHERRILEE O'NEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case.

DATED:  February 1, 2013          RESPECTFULLY SUBMITTED,

                                  KROHN & MOSS, LTD.


                                  By: /s/ Adam T. Hill

                                      Adam T. Hill
                                      KROHN & MOSS, LTD.
                                      10 N. Dearborn St., 3rd Fl.
                                      Chicago, Illinois 60602
                                      Telephone:  312-578-9428
                                      Telefax:  866-802-0021
                                      ahill@consumerlawcenter.com
                                      Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

    Ginny L. Rodriguez
    Enhanced Recovery Company, LLC
    8014 Bayberry Rd.
    Jacksonville, FL 32256
    grodriguez@erccollections.com

    By: /s/ Adam T. Hill
    Adam T. Hill
    KROHN & MOSS, LTD.
    10 N. Dearborn St., 3rd Fl.
    Chicago, Illinois 60602
    Telephone:  312-578-9428
    Telefax:  866-802-0021
    ahill@consumerlawcenter.com
    Attorneys for Plaintiff