UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y

★ FEB 05 2013 ★

LONG ISLAND OFFICE

---

SHERRILEE O'NEY,

    Plaintiff,

-against-

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

---

NOTICE OF ~~SETTLEMENT~~ Voluntary Dismissal

Case No. 2:12-cv-06228-LDW-AKT

## NOTICE OF VOLUNTARY DISMISSAL

SHERRILEE O'NEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case.

DATED: February 1, 2013    RESPECTFULLY SUBMITTED,

              KROHN & MOSS, LTD.

              By: /s/ Adam T. Hill

                Adam T. Hill
                KROHN & MOSS, LTD.
                10 N. Dearborn St., 3rd Fl.
                Chicago, Illinois 60602
                Telephone: 312-578-9428
                Telefax: 866-802-0021
                ahill@consumerlawcenter.com
                Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to the below address.

Ginny L. Rodriguez
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256
grodriguez@erccollections.com

By: /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com
Attorneys for Plaintiff

So ORDERED:

/s/ Leonard D. Wexler

Central Islip, NY
2/5/13

2